IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



FILED
JAN 1 2 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. M-12-19-BA |
| STEPHEN P. KUMOR, | ) ) ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

#### Count 1

On or about November 22, 2011, within the special maritime and territorial jurisdiction of the United States, more specifically, that is land occupied by Tinker Air Force Base, in the Western District of Oklahoma,

STEPHEN P. KUMOR

did willfully and knowingly steal an Apple iPad 2 16GB WiFi and an Apple iPad 10W Power Adapter, of a value less than $1000, which was the property of the United States, that being property of Army Air Force Exchange Services.

All in violation of Title 18 United States Code, Section 641.

#### Count 2

On or about November 22, 2011, within the special maritime and territorial jurisdiction of the United States, more specifically, that is land occupied by Tinker Air Force Base, in the Western District of Oklahoma,

STEPHEN P. KUMOR

did willfully obstruct a Department of the Air Force Officer, David J. Randall, known by the defendant to be a Department of the Air Force Officer, in the discharge of any duty of his office.

All in violation of Title 21, Oklahoma Statutes, Section 540 and Title 18 United States Code, Sections 7(3) and 13.

SANFORD C. COATS
United States Attorney

*/s/ Elizabeth A. Crane*

ELIZABETH A. CRANE
Special Assistant United States Attorney
7460 Arnold Street, SE Wing
Tinker Air Force Base, Oklahoma 73145
(405) 739-8611 (Office)
(405) 739-8642 (Fax)

PENALTY COUNT 1:   18 USC 641, Theft of government property
                                   Class A Misdemeanor
                                   NMT one year imprisonment
                                   NMT $100,000 fine or both such fine and imprisonment
                                   $25 Special Assessment

PENALTY COUNT 1:   21 O.S. 540, Obstructing Officer
                                   Class A Misdemeanor
                                   NMT one year imprisonment
                                   NMT $500 fine or both such fine and imprisonment
                                   $25 Special Assessment (18 U.S.C. Sec. 3013)

## AFFIDAVIT

I, Elizabeth A. Crane, being first duly sworn, on oath state that I have read and know the contents of the foregoing Information and, to the best of my knowledge, I believe the statements therein are true based on representation made to me by a member of the United States Air Force law enforcement unit.

ELIZABETH A. CRANE
Special Assistant United States Attorney
Office of the Staff Judge Advocate
United States Air Force
7460 Arnold Street, SE Wing
Tinker Air Force Base, OK 73145
(405) 739-8611 (Office)
(405) 739-8642 (Fax)
elizabeth.crane@tinker.af.mil

Subscribed and sworn to before me this 12th day of January, 2012.

ROBERT E. BACHARACH
UNITED STATES MAGISTRATE JUDGE