# CRIMINAL COURTROOM MINUTE SHEET
## ARRAIGNMENT ON INFORMATION-CHANGE OF PLEA

**DATE:** Jan 12, 2012      **CASE:** M-12-19-BA

**TIME IN COURT:** 15 mins      **COURTROOM:** 101

**MAGISTRATE JUDGE ROBERT E. BACHARACH**      **COURTROOM DEPUTY:** LESA BOLES

UNITED STATES OF AMERICA vs. STEPHEN P. KUMOR

Defendant States true and correct name as: Stephen Phillip Kumor     Age: 35

**Government Cnsl:** ELIZABETH CRANE      **Defendant Cnsl:** S. THOMAS ADLER, II

**U.S. Probation Officer:**      Retained

[x] Defendant Appears, with Counsel      **Interpreter:** N/A

[x] Defendant provided copy of information. Defendant fully advised by the Government's statement of the substance of the count(s).

[x] Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against them.

[x] Defendant voluntarily consents to proceed before United States Magistrate Judge. Written order entered.

[x] Defendant enters plea of: Guilty

[ ] Defendant waives right to Trial by Jury. Written waiver entered.

[ ] Defendant waives right to have thirty days to prepare for Trial. Written waiver entered.

[x] Defendant sworn, Rule 11 statements heard. Court finds factual basis exists for plea and accepts plea(s) of guilty as voluntarily and intelligently entered and adjudges defendant guilty as charged.

[x] Defendant referred to Probation Office. Presentence report to be made available to defendant and counsel prior to sentencing.

[ ] Government recommends defendant be released on _____ bond.

[ ] Government recommends defendant be detained based on: _____

[ ] Government _____

     [ ] Upon motion of the government and request for continuance by _____

     [ ] Detention Hearing is set for: _____

[ ] Case set on Jury Docket beginning the week of: _____

[ ] Case set for Sentencing: _____

## The Court Orders:

[ ] Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of USM.

[x] Bond set at personal recognizance with conditions per Release Order.

[ ] Defendant released on previously posted bond with conditions per Release Order.

[ ] Defendant remanded to the custody of U.S.M. pending execution of bond.

[ ] Defendant remanded to the custody of U.S.M.